[No. 41814-2-II.   Division Two.   August 23, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. A.S.H., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-8-00455-9, Lisa E. Tabbut and Dennis P. Maher, JJ. Pro Tem., entered February 15, 2011. *Remanded* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Van Deren, J.

[No. 28814-5-III.   Division Three.   August 23, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. PIERRE D. WEST, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-02793-0, Michael P. Price, J., entered February 8, 2010. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.

[No. 28489-1-III.   Division Three.   August 25, 2011.]

*In the Matter of the Marriage of* JUDITH KAY TRIGGS, *Respondent*, and MICHAEL KEVIN TRIGGS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 08-3-00133-7, Blaine G. Gibson, J., entered August 27, 2009. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 29141-3-III.   Division Three.   August 25, 2011.]

SHOU SHIA WANG, *Respondent*, v. TA CHI, INC., ET AL., *Appellants*, JONG SENG COLD STORAGE, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Douglas County, No. 08-2-00016-5, John Hotchkiss, J., entered May 20, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Siddoway, JJ.